ROBERT GAVIN *v.* CITY OF NEW BRITAIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 834, is denied.

*Harold J. Geragosian,* in support of the petition.

*Joseph E. Skelly, Jr.,* in opposition.

Decided March 29, 1989

STATE OF CONNECTICUT *v.* JOHN CROTTY

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 395, is denied.

*Hugh F. Keefe* and *Michael J. McClary,* in support of the petition.

Decided April 13, 1989

STATE OF CONNECTICUT *v.* ANTHONY RISH

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 447, is denied.

*John R. Williams,* in support of the petition.

*Mitchell S. Brody,* in opposition.

Decided April 13, 1989

STATE OF CONNECTICUT *v.* FRANKLIN BRIGGS

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 648, is denied.

*John T. Walkley,* special public defender, in support of the petition.

*Rita M. Shair,* deputy assistant state's attorney, in opposition.

Decided April 13, 1989